AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerber, Robert E. | 2. Court or Organization<br><br>US Bankruptcy Court SDNY | 3. Date of Report<br><br>08/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Alexander Hamilton U.S. Custom House
One Bowling Green Ste 528
New York, NY 10004-1408

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director | American College of Bankruptcy |
| 3. Director | American Bankruptcy Institute |
| 4. Member of Board of Governors | National Conference of Bankruptcy Judges |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Matthew Bender & Co. (LexisNexis), compensation for chapters written as contributing author to Collier on Bankruptcy | $3,280.00 |
| 2. | 2011 | Hudson Valley Bankruptcy Bar Assn, lecture | $100.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed writer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Insolvency Lawyers Association (United Kingdom) | 03/24/11-03/27/11 | Oxford, England | Speaker at Program | Transportation, Lodging, Food |
| 2. | American Bankruptcy Institute | 03/30/11-04/03/11 | National Harbor, MD | Board and Committee Meetings, Speaker at Program | Transportation, Lodging, Food |
| 3. | Turnaround Management Association | 04/27/11-04/29/11 | Chicago, IL | Speaker at Program | Transportation, Lodging, Food |
| 4. | American Bankruptcy Institute | 07/21/11-07/24/11 | Newport, RI | Speaker at Program | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Midwest Regional Bankruptcy Seminar | 08/12/11-08/14/11 | Cincinnati, OH | Speaker at Program | Transportation, Lodging, Food |
| 6. | Hudson Valley Bankruptcy Bar Association | 09/08/11-09/09/11 | Hyde Park, NY | Speaker at Program | Transportation, Lodging, Food |
| 7. | Georgetown University Law School | 09/15/11-09/16/11 | Washington, DC | Speaker at Program | Transportation, Lodging, Food |
| 8. | National Conference of Bankruptcy Judges | 10/11/11-10/15/11 | Tampa, FL | Speaker at Program, Board Meeting | Transportation, Lodging, Food |
| 9. | National Association of Attorneys General | 10/25/11-10/28/11 | Austin, TX | Speaker at Program | Transportation, Lodging, Food |
| 10. | American Bankruptcy Institute | 12/01/11-12/03/11 | Palm Springs, CA | Board and Committee Meetings | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Policy Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IN BROKERAGE ACCT #1 (Fidelity Investments): | | | | | | | | | |
| 2. - Columbia Acorn Fund Mutual Fund Shares | D | Dividend | N | T | Donated (part) | | | | |
| 3. - Rockland Co. NY, 3.50%, 2013, Muni Bonds | B | Interest | L | T | | | | | |
| 4. - NY State Thruway Auth., 5.00%, 2012, Muni Bonds | B | Interest | L | T | | | | | |
| 5. - NY State Thruway Auth., 5.50%, 2013, Muni Bonds | D | Interest | M | T | | | | | |
| 6. - NY State Thruway 5.0%, 2019, Muni Bonds | B | Interest | L | T | | | | | |
| 7. - Vanguard Intermediate Term Tax Exempt Mut Fund Shares | A | Dividend | | | Sold | 03/18/11 | J | B | Not Applicable |
| 8. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | N | T | | | | | |
| 9. - Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares | B | Dividend | K | T | Sold (part) | 03/29/11 | L | A | Not Applicable |
| 10. - Same | | | | | Sold (part) | 05/16/11 | K | A | Not Applicable |
| 11. - Same | | | | | Sold (part) | 06/01/11 | K | A | Not Applicable |
| 12. - Same | | | | | Sold (part) | 06/07/11 | K | A | Not Applicable |
| 13. - Fidelity Contrafund Mut Fund Shares | A | Dividend | K | T | | | | | |
| 14. - American Growth Fund of America Cl F Mut Fund Shares | A | Dividend | K | T | | | | | |
| 15. - Eaton Vance Large Cap Value Fund Mut Fund Shares | A | Dividend | | | Sold | 06/01/11 | K | D | Not Applicable |
| 16. - Baron Growth Fund Mut Fund Shares | A | Dividend | K | T | | | | | |
| 17. - Pimco Total Return Fund Mut Fund Shares | D | Dividend | M | T | Sold (part) | 07/01/11 | L | A | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Templeton Global Bond Fund Advisor Class | D | Dividend | M | T | | | | | |
| 19.  - Royce Total Return Fund Mut Fund Shares | B | Dividend | L | T | Buy | 03/29/11 | L | | Not Applicable |
| 20.  - BlackRock Equity Dividend Fund Institut Mut Fund Shares | A | Dividend | K | T | Buy | 06/01/11 | K | | Not Applicable |
| 21.  IN BROKERAGE ACCT #2 (Fidelity Investments): | | | | | | | | | |
| 22.  - Rockland Co. NY, 3.50%, 2014, Muni Bonds | C | Interest | L | T | | | | | |
| 23.  - NY State Housing Finance Agency, 5.25%, 2015, Muni Bonds | C | Interest | L | T | | | | | |
| 24.  - NY City, NY 5.50%, 2014, Muni Bonds | C | Interest | L | T | | | | | |
| 25.  - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 26.  ROLLOVER IRA #1, FIDELITY INVESTMENTS | E | Int./Div. | O | T | | | | | |
| 27.  - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 28.  - Royce Total Return Fund Mutl Fund Shares | | | | | Sold | 03/29/11 | L | | Not Applicable |
| 29.  - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 30.  - Baron Growth Mut Fund Shares | | | | | | | | | |
| 31.  - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 32.  - Eaton Vance Large Cap Value Fund Mut Fund Shares | | | | | Sold | 06/01/11 | L | | Not Applicable |
| 33.  - Federal Farm Credit Bank, 4.60%, 2015 Bonds | | | | | Matured | 05/27/11 | L | A | Not Applicable |
| 34.  - Fidelity US Govt Reserves Money Mkt Mut Fund Shares | | | | | Sold | 02/16/11 | M | | Not Applicable |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ivy Asset Strategy Fund Cl 1 Mut Fund Shares | | | | | | | | | |
| 36. - Same | | | | | Buy (add'l) | 03/21/11 | K | | Not Applicable |
| 37. - Morgan Stanley Global Long/Short Fund Mut Fund Shares | | | | | Buy | 02/16/11 | M | | Not Applicable |
| 38. - Same | | | | | Sold | 03/01/11 | M | | Not Applicable |
| 39. - Same | | | | | Buy | 03/30/11 | M | | Not Applicable |
| 40. - BlackRock Global Allocation Fund Instit Mut Fund Shares | | | | | Buy | 03/21/11 | K | | Not Applicable |
| 41. - Pimco Total Rund Fund Institutional Mut Fund Shares | | | | | Buy | 06/30/11 | L | | Not Applicable |
| 42. IRA (#1), FIDELITY INVESTMENTS | D | Dividend | L | T | | | | | |
| 43. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 44. - Templeton Global Bond Advisor Class Mut Fund Shares | | | | | | | | | |
| 45. IRA (#2), FIDELITY INVESTMENTS | B | Dividend | L | T | | | | | |
| 46. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 47. - Baron Growth Mut Fund Shares | | | | | | | | | |
| 48. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 49. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 50. - Fidelity US Govt Reserves Money Mkt Mut Fund Shares | | | | | Sold | 06/30/11 | J | | Not Applicable |
| 51. IN BROKERAGE ACCOUNT #3 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Spartan 500 Index Fid Investor Class Mutual Fund Shares | A | Dividend | K | T | | | | | |
| 53. - Baron Growth Mutual Fund Shares | A | Dividend | J | T | | | | | |
| 54. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 55. LIMITED PARTNERSHIP INTERESTS: | | | | | | | | | |
| 56. - Broadway 72 Assocs, Ltd Partnership Interest | G | Distribution | J | U | | | | | |
| 57. -FFHS&K Investment Assocs. 1983-I, Ltd Partnership Interest | | None | J | U | | | | | |
| 58. ROLLOVER IRA #2, FIDELITY INVESTMENTS | E | Int./Div. | O | T | | | | | |
| 59. - Fidelity Cash Reserves Money Market Mut Fund Shares | | | | | | | | | |
| 60. - Royce Total Return Fund Mut Fund Shares | | | | | | | | | |
| 61. - American Growth Fund of America Mut Fund Shares | | | | | | | | | |
| 62. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 63. - Federal Farm Credit Bank, 4.875%, 2018 Bonds | | | | | | | | | |
| 64. - Pimco Total Return Fund-Institutional Mut Fund Shares | | | | | Sold | 03/21/11 | M | | Not Applicable |
| 65. - Blackrock Global Allocat Fund-Institut'l Mut Fund Shares | | | | | Buy (add'l) | 03/21/11 | M | | Not Applicable |
| 66. - Ivy Asset Strategy Fund Class 1 Mut Fund Shares | | | | | Buy (add'l) | 03/21/11 | M | | Not Applicable |
| 67. - Baron Growth Fund Mut Fund Shares | | | | | Buy | 06/30/11 | J | | Not Applicable |
| 68. 529 PLAN, FIDELITY INVESTMENTS | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fidelity UNIQUE 2015 Portfolio | | | | | | | | | |
| 70. INSURANCE POLICIES | | | | | | | | | |
| 71. - Northwestern Mutual Whole Life Policy #1 | D | Dividend | M | T | | | | | |
| 72. - Northwestern Mutual Whole Life Policy #2 | C | Dividend | L | T | | | | | |
| 73. - Northwestern Mutual Whole Life Policy #3 | C | Dividend | K | T | | | | | |
| 74. - Northwestern Mutual Whole Life Policy #4 | C | Dividend | K | T | | | | | |
| 75. - Northwestern Mutual Whole Life Policy #5 | B | Dividend | K | T | | | | | |
| 76. ROLLOVER IRA #3 (Morgan Stanley Smith Barney) | E | Int./Div. | N | T | | | | | |
| 77. - Dreyfus Money Mkt Govt Secur Series Mut Fund Shares | | | | | | | | | |
| 78. - WI Clean Water 4.391% 2019 Muni Bonds | | | | | | | | | |
| 79. - NY Environmental Facilities 4.469% 2019 Muni Bonds | | | | | | | | | |
| 80. - NY City NY 4.899% 2020 Muni Bonds | | | | | | | | | |
| 81. - Timpanogos UT 4.69% 2018 Muni Bonds | | | | | | | | | |
| 82. - San Luis Obispo Cnty CA 7.45% 2019 Muni Bonds | | | | | | | | | |
| 83. - Brazoria Cnty TX 4.594% 2019 Muni Bonds | | | | | | | | | |
| 84. - FL St Board of Ed 4.941% 2018 Muni Bonds | | | | | | | | | |
| 85. - Kauai Cnty HI 4.556% 2021 Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerber, Robert E. | 08/05/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Stevens Pt WI 4.40% 2018 Muni Bonds | | | | | | | | | |
| 87. - Dallas TX 4.489% 2020 Muni Bonds | | | | | | | | | |
| 88. - Anchorage AK 4.518% 2020 Muni Bonds | | | | | | | | | |
| 89. - Los Angeles CA 4.53% 2022 Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 08/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The dividends shown for mutual funds, as in the past, include capital gains dividends.

As in the past, routine deposits or withdrawals (i.e., purchases or sales) of money market funds have not been deemed to be reportable transactions, and have not been shown, but again as in the past, the income from the money market funds during the Reporting Period has been shown. However, when I have made final sales, and initial purchases, of such money market funds, I have shown such final sales, and initial purchases, as reportable "Sell" and "Buy" transactions. Transactions involving the reinvestment of mutual fund dividends and capital gains distributions are not shown as reportable transactions; however, the income from them is shown.

In 2006 and prior years, in the case of the whole life insurance policies shown on Lines #71 through #75 of this report, the "Income" shown had been the increase in cash value in each policy. In 2007, I began to apply dividends on the policies to reduce policy loans, and since then the increase in cash value is no longer the same as the dividend on each policy. As in my reports for 2007 and thereafter, the "Income" shown is the dividend on each policy, and not the cash value increase, as the former is a better indication of the income on each policy. The value shown for each policy is its net cash value, after subtracting outstanding loans from the gross cash value.

Twelve equal monthly purchases of less than $1,000 each were made of shares of the Fidelity UNIQUE 2015 Portfolio in the 529 Plan. They are not individually shown, since investments that do not exceed $1,000 are not to be individually reported. The aggregate value of the plan at the end of the year, which is to be reported, reflects those purchases, and investment results with respect to them.

The bonds listed on Line #33 were called before maturity. As the FDR software's transaction type descriptions do not include "Called," I have used "Matured" as an approximation for that.

The trades shown on lines #37, #38 and #39 were arranged by a financial advisor. For reasons that are unclear to me (but that did not involve an investment decision on my part), they were reversed shortly after their initial execution and re-executed the following month.

The limited partnership shown on line #56 made a sizeable distribution to me in 2011. It is obvious that an investment that could generate a distribution at the "G" level has more than minimal value. But it is not publicly traded or otherwise valued, and, as in past years, only the book value of that investment is known. Thus the "J" Code, based on that book value, continues to be shown for 2011.

I noted in my report for 2010 that Trust #1 had investment assets of less than $1, and would not be shown in future reports. If Trust #1 still has any investment assets at all, they have not been reported to me, and continue to be of a value less than $1. Thus assets for Trust #1 are not shown in Part VII of this report.

For ease of entry, and review, account name headers appear for accounts that are not aggregate ownership accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544